# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARDEN FRESH RESTAURANTS LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00156-NONE-SAB<br><br>ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANT GARDEN FRESH RESTAURANTS LLC<br><br>(ECF No. 11) |

　　　Plaintiff Hendrik Block filed this action on January 30, 2020 against Defendants Garden Fresh Restaurants LLC and Jennie M. Martin. (ECF No. 1) On June 22, 2020, Defendant Garden Fresh Restaurant filed a notice of pending bankruptcy and automatic stay of proceedings. (ECF No. 11.)

　　　Pursuant to 11 U.S.C. § 362(a) all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. Sternberg v. Johnston, 559 F.3d 937, 943 (9th Cir. 2010). However, a suit against a co-defendant is not automatically stayed by the debtor's bankruptcy filing. In re Miller, 262 B.R. 499, 503 (9th Cir. 2001).

　　　Accordingly, all proceedings in this matter against Defendant Garden Fresh Restaurants LLC are HEREBY STAYED pursuant to Section 362(a). IT IS FURTHER ORDERED that Defendant Garden Fresh Restaurants shall file a notice informing the Court within ten (10) days

1

of resolution of the bankruptcy action.  The scheduling conference set for June 30, 2020, shall proceed as to the remaining defendant.

IT IS SO ORDERED.

Dated:   **June 23, 2020**

UNITED STATES MAGISTRATE JUDGE

2