1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrik Block

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 | HENDRIK BLOCK, | ) No. 1:20-cv-00156-NONE-SAB |
11 | Plaintiff, | ) **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
12 | vs. | ) |
13 | GARDEN FRESH RESTAURANTS LLC dba SWEET TOMATOES; JENNIE M. MARTIN, Trustee of the JULIO A. MARTIN FAMILY TRUST dated December 5, 2003; | ) |
14 | | ) |
15 | Defendants. | ) |
16 | | ) |
17 | | ) |

18

19    Notice is hereby given that Plaintiff Hendrik Block ("Plaintiff") has settled the above-
20 captioned matter with all Defendants. Plaintiff requests that he be given to and including July
21 28, 2020 to file the dispositional documents in order to afford the Parties time to complete the
22 settlement.

23 Dated: June 26, 2020                    MOORE LAW FIRM, P.C.

24
                                           */s/ Tanya E. Moore*
25                                         Tanya E. Moore
                                           Attorney for Plaintiff,
26                                         Hendrik Block

27

28

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Page 1