# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARDEN FRESH RESTAURANTS LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00156-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>DEADLINE: JULY 28, 2020 |

　　　　On June 26, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this entire action.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates are VACATED; and

　　　　2.　　The parties shall file dispositional documents on or before July 28, 2020.

IT IS SO ORDERED.

Dated:  **June 29, 2020**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1