Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GARDEN FRESH RESTAURANTS LLC dba SWEET TOMATOES; JENNIE M. MARTIN, Trustee of the JULIO A. MARTIN FAMILY TRUST dated December 5, 2003;<br><br>　　　　Defendants. | No. 1:20-cv-00156-NONE-SAB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Hendrik Block and Defendants, Garden Fresh Restaurants LLC dba Sweet Tomatoes; and Jennie M. Martin, Trustee of the Julio A. Martin Family Trust dated December 5, 2003, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: July 13, 2020					MOORE LAW FIRM, P.C.


							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff,
							Hendrik Block


Dated: July 13, 2020					FISHER & PHILLIPS LLP


							*/s/ Nathan V. Okelberry*
							Nathan V. Okelberry
							Attorneys for Defendants,
							Garden Fresh Restaurants LLC dba Sweet Tomatoes; and Jennie M. Martin, Trustee of the Julio A. Martin Family Trust dated December 5, 2003

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff,
							Hendrik Block